UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES v. MARQUIS TURNER, 24-cr-774

**PETITION FOR WRIT OF HABEAS CORPUS**

( X ) Ad Prosequendum          (   ) Ad Testificandum

1. **MARQUIS TURNER**:  DOB:  08/09/1996:  FBI: 883948MD4:  State ID No.: 733652E (hereinafter the "Detainee") is now confined at South Woods State Prison.

2. The Detainee is charged in this District by: ( ) Indictment     ( X ) Information     ( ) Complaint

   with violations of 18 U.S.C. 922(g)(1); 18 U.S.C. 924(c); and 21 U.S.C. 841(a)(1)

3. The Detainee will be required at Frank R. Lautenberg Post Office and United States Courthouse, 2 Federal Square, Newark, New Jersey, before the Hon. Brian R. Martinotti, U.S. District Judge, on April 3, 2025 at 10:00 a.m. for a sentencing hearing in the above-captioned case. A Writ of Habeas Corpus should issue for that purpose.


DATED: 3/31/25                              */s/ James Graham*_____
                                            James Graham
                                            Assistant U.S. Attorney
                                            Petitioner

# **O R D E R**

Let the Writ Issue.

DATED: March 31, 2025

*Brian R. Martinotti*
Hon. Brian R. Martinotti, U.S.D.J.

# **W R I T   O F   H A B E A S   C O R P U S**

The United States of America to Warden of the South Woods State Prison:

WE COMMAND YOU that you have the body of

**MARQUIS TURNER**,

now confined at South Woods State Prison, brought before the United States District Court, the Hon. Brian R. Martinotti, U.S. District Judge, in the Frank R. Lautenberg Post Office and United States Courthouse at 2 Federal Square, Newark, New Jersey, on April 3, 2025 at 10:00 a.m. so that the Detainee may participate in a sentencing hearing in the above-captioned matter.

WITNESS the Honorable Brian R. Martinotti
United States District Judge
Newark, New Jersey.

DATED: March 31, 2025

MELISSA E. RHOADS
Clerk of the U.S. District Court
for the District of New Jersey

Per: *Lissette Rodriguez*
Deputy Clerk